PER CURIAM: Robert McKoy waived presentment on an indictment for possession 
of a stolen vehicle, pled guilty, and was sentenc

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Brian C. Sheridan       
Appellant.
 
 
 

Appeal From Anderson County
Alexander S. Macaulay, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-677
Submitted September 17, 2003  Filed November 18, 2003 

APPEAL DISMISSED

 
 
 
Deputy Chief Attorney Joseph L. Savitz, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Donald J. Zelenka, 
 of Columbia; Druanne D. White of Anderson, for Respondent.
 
 
 

PER CURIAM:  Brian C. Sheridan was indicted 
 of and subsequently pled guilty to murder and possession of firearm or knife 
 during commission of or attempt to commit a violent crime.  Sheridan was sentenced 
 to life imprisonment without the possibility of parole.  Sheridan appeals his 
 sentence arguing the trial judge erred by accepting the guilty plea despite 
 Sheridans insistence that he was insane at the time he committed the crimes. 

Sheridans appellate counsel submitted a petition to 
 be relieved as counsel, stating she has reviewed the record and has concluded 
 Sheridans appeal is without merit.  Sheridan did not file a pro se brief 
 with the court.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Sheridans appeal 
 and grant counsels motion to be relieved. [1] 
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.